UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

WYRICK D. TYSON                         CIVIL ACTION

VERSUS                                   NUMBER: 16-16350

SERGEANT COCO, ET AL.              SECTION: "A"(5)

**O R D E R**

The Court, having considered the complaint, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and the failure of Plaintiff to file any objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion herein.

Accordingly,

IT IS ORDERED that Plaintiff's claims are dismissed with prejudice pursuant to 28 U.S.C. §1915(e)(2)(B)(i) and (ii).

January 30, 2017

_____
JAY C. ZAINEY
UNITED STATES DISTRICT JUDGE